1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   GUSTAVO FAJARDO,                    1:08-cv-00624-OWW-SMS (PC)

12          Plaintiff,                   ORDER GRANTING FIRST MOTION
                                         TO EXTEND TIME TO FILE AMENDED
13      vs.                              COMPLAINT

14   P. McGUINNESS, et al.,              (Doc. 9)

15          Defendants.                  THIRTY-DAY DEADLINE

16   _____/

17          On February 27, 2009, plaintiff filed a motion to extend time to file an amended

18   complaint in compliance with the court's order of January 27, 2009.  Good cause having been

19   presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

20   ORDERED that:

21          Plaintiff is granted **thirty (30) days** from the date of service of this order in which to

22   file his amended complaint.

23

24   IT IS SO ORDERED.

25   **Dated:    March 5, 2009**             _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28