# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO FAJARDO, | CASE NO. 1:08-cv-00624-OWW-SMS PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| P. MCGUINNESS, et al., | |
| Defendants. | (Docs. 8 and 12) |
| / | OBJECTIONS DUE WITHIN FIFTEEN DAYS |

Plaintiff Gustavo Fajardo is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 5, 2008.  On January 27, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  After obtaining a thirty-day extension of time, Plaintiff filed a motion for reconsideration by the United States District Judge Oliver W. Wanger on April 6, 2009.  The motion was denied by Judge Wanger on April 13, 2009.  More than ninety days have passed since Plaintiff's motion for reconsideration was denied, and Plaintiff has not complied with or otherwise responded to the Court's order of January 27, 2009.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

1

1  These Findings and Recommendations will be submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15)**
3  **days** after being served with these Findings and Recommendations, Plaintiff may file written
4  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
7  1153 (9th Cir. 1991).

9  IT IS SO ORDERED.

10  **Dated:   July 16, 2009**                    <u>      /s/ Sandra M. Snyder      </u>
                                                          UNITED STATES MAGISTRATE JUDGE